# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. CENTSIBLE AUTO SALES, Defendant. | PO-21-05208-GF-JTJ <br><br> VIOLATION: <br> E1103334 <br> Location Code: M13 <br><br> ORDER |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED** pursuant to Fed. R. Crim. P. 48(a).

**IT IS FURTHER ORDERED** that the initial appearance scheduled for December 9, 2021 is **VACATED**.

DATED this 6th day of December, 2021.

John Johnston
United States Magistrate Judge